UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ROSWITHA M. SAENZ, *individually and on behalf of* THE ESTATE OF DANIEL SAENZ, *Deceased*, | § § § § § | |
| *Plaintiff*, | § § | EP-14-CV-00244-DCG |
| v. | § § | |
| OFFICER JOSE FLORES, | § § § | |
| *Defendant*. | § § | |

### ORDER DISMISSING CASE

On September 26, 2019, the parties in the above-captioned case filed a joint "Motion to Dismiss" (ECF No. 447) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In view thereof, the Court enters the following orders:

**IT IS ORDERED** that all claims asserted by Plaintiff Roswitha Saez, individually and on behalf of The Estate of Daniel Saenz, deceased, against Defendant Officer Jose Flores in the above-captioned case are **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

**IT IS MOREOVER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this 27th day of September 2019.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE