# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
2019 OCT 15 AM 9:58

October 01, 2019

Ms. Jeannette Clack
Western District of Texas, El Paso
United States District Court
525 Magoffin Avenue
Room 108
El Paso, TX 79901-0000

    No. 18-50452    Roswitha Saenz v. City of El Paso
                     USDC No. 3:14-CV-244

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Lisa E. Ferrara, Deputy Clerk
                              504-310-7675

cc w/encl:
    Mr. James O. Darnell
    Mr. James O. Darnell Jr.
    Mr. Bradley C. Gage
    Mr. Sam J. Legate

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-50452

ROSWITHA M. SAENZ, Individually and on the behalf of the estate of Daniel Saenz,

    Plaintiff - Appellee

v.

JOSE FLORES,

    Defendant - Appellant

A True Copy
Certified order issued Oct 01, 2019

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court
for the Western District of Texas

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal is dismissed as of October 01, 2019, pursuant to appellant's motion.

    LYLE W. CAYCE
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

    By: _____
    Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT